## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ZENITH-AMERICAN SOLUTIONS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | |
| | ) | **Civil Action No. 14-1955 (BAH)** |
| **RYKOR CONCRETE & CIVIL, INC.,** | ) | |
| ***et al.,*** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

### Fed. R. Civ. P. 41(a)(1)(A)(ii) NOTICE OF DISMISSAL BY JOINT STIPULATION

In accordance with the settlement agreement, it is hereby stipulated and agreed between the

parties and their respective counsels that the above-captioned action is voluntarily dismissed,

without prejudice against the defendants Rykor Concrete & Civil, Inc. and John Kelly pursuant

to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).


Dated: February 17, 2016


Respectfully submitted,

/s/ James S. Ray
James S. Ray (DC Bar No. 26508)

/s/ Colleen M. Ray
Colleen M. Ray (DC Bar No. 10228253)

Law Offices of James S. Ray
706 Duke Street
Alexandria, Virginia 22314
Tel.: 703-836-8111
Fax: 703-836-1888
E-Mail: jrayraylaw@aol.com
          cray@rayraylaw.com

**Counsel for Plaintiff**

/s/ David T. Keenan
David T. Keenan, Esq.
Quinlan & Sadowski, P.C.
Attorneys at Law
11 Vanderbilt Ave.
Suite 250
Norwood, Massachusetts 02062
Phone: 781-440-9909
Fax: 781-440-9979
E-Mail: dkeenan@qsatlaw.com

**Counsel for Defendants**